IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

ARTHUR LEE MOORE                                          PLAINTIFF

v.                         CIVIL ACTION NO. 5:20-CV-165-DCB-MTP

CITY OF NATCEZ, MS, ET AL                                DEFENDANTS

ORDER

THIS MATTER is before the Court on the City of Natchez, Mississippi and Walter Armstrong's ("Defendants") Motion to Dismiss, Motion to Stay Case Pending Resolution of Plaintiff's Criminal Charge ("Defendants' Motion") [ECF No. 28]. Magistrate Judge Michael T. Parker issued his Report and Recommendation ("R&R") on September 30, 2021. [ECF No. 37]. Judge Parker recommended that the matter be dismissed without prejudice because Plaintiff has a criminal case that remains pending in state court. Id. Neither party has filed an objection to the R&R, and the period to do so has now elapsed. After conducting a de novo review of the R&R, the Court agrees with the R&R's recommendation. Accordingly, the R&R is ADOPTED, and Defendants' Motion to Dismiss is GRANTED. Plaintiff's claims against Defendants City of Natchez, Mississippi and Walter Armstrong are hereby DISMISSED without prejudice.

A Final Judgment shall be entered of even date herewith pursuant to Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED AND ADJUDGED this 24th day of November, 2021.

/s/ David C. Bramlette
DAVID C. BRAMLETTE III
UNITED STATES DISTRICT JUDGE